FILED

10/05/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0200

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court No. DA 23-0200

MATTHEW "MATT" OLDS,

     Plaintiff /Appellee/Cross-Appellant,

v.

MARK HUELSKAMP,

     Defendant/Appellant/Cross-Appellee.

**ORDER**

On Appeal from the Fourth Judicial District Court, Missoula County
Cause No. DV-19-1036
The Honorable Jason Marks, Presiding

_____

Defendant/Appellant/Cross-Appellee Mark Huelskamp ("Huelskamp") has moved, unopposed, for a 30-day extension of time, up to and including November 17, 2023, to file his Reply Brief and Response to Cross-Appeal Brief ("Reply/Response Brief"), which is currently set for October 20, 2023. Good cause appearing,

IT IS ORDERED that Huelskamp's motion is granted, and he may have up to and including November 17, 2023 in which to file his Reply/Response Brief.

Dated: _____

_____
Clerk of the Supreme Court

cc:    Scott M. Stearns/Zach A. Franz
       Carey B. Schmidt/David C. Berkoff

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 5 2023